# EXHIBIT 10

| | |
|---|---|
| **From:** | Korol, Paul (WDC) |
| **To:** | Stalkhub |
| **Subject:** | RE: Cease & Desist Abuse of Facebook - Mystalk |
| **Date:** | Wednesday, March 31, 2021 10:43:51 AM |

Mr. Ates,

Following up again. If you want to resolve this matter, we ask that you provide the contact info for the person you sold Mystalk to. Otherwise, Facebook will not reinstate your account.

**Paul Korol | Perkins Coie LLP**
ASSOCIATE
700 Thirteenth Street, N.W. Suite 800
Washington, DC 20005-3960
D. +1.202.654.1747
F. +1.202.624.9530
E. PKorol@perkinscoie.com

**From:** Korol, Paul (WDC) <PKorol@perkinscoie.com>
**Sent:** Tuesday, March 23, 2021 9:02 AM
**To:** Stalkhub <manager.stalkhub@gmail.com>
**Subject:** RE: Cease & Desist Abuse of Facebook - Mystalk

Mr. Ates,

Following up on my previous email. Please provide any information you can on the person you sold Mystalk to.

**Paul Korol | Perkins Coie LLP**
ASSOCIATE
700 Thirteenth Street, N.W. Suite 800
Washington, DC 20005-3960
D. +1.202.654.1747
F. +1.202.624.9530
E. PKorol@perkinscoie.com

**From:** Korol, Paul (WDC) <PKorol@perkinscoie.com>
**Sent:** Tuesday, March 16, 2021 2:47 PM
**To:** Stalkhub <manager.stalkhub@gmail.com>
**Subject:** RE: Cease & Desist Abuse of Facebook - Mystalk

Mr. Ates,

Thank you for answering our questions.

We are interested in any information you can provide about the individual you sold Mystalk.net to. We can't guarantee that we won't have future questions for you. However, if you cooperate, Facebook will likely offer to resolve this matter with a written agreement, as opposed to further legal action (especially since you have been cooperative thus far). But again, I can't offer you any guarantees at this time.

Please let me know how you would like to proceed.

Sincerely,
Paul Korol

**Paul Korol | Perkins Coie LLP**
ASSOCIATE
700 Thirteenth Street, N.W. Suite 800
Washington, DC 20005-3960
D. +1.202.654.1747
F. +1.202.624.9530
E. PKorol@perkinscoie.com

**From:** Stalkhub <manager.stalkhub@gmail.com>
**Sent:** Monday, March 15, 2021 11:20 AM
**To:** Korol, Paul (WDC) <PKorol@perkinscoie.com>
**Subject:** Re: Cease & Desist Abuse of Facebook - Mystalk

Dear Mr. Korol,

- Re-attaching the Instagram accounts list which I shared with you in my previous email.
- Except for this, I have no other users/accounts associated with Instagram or Facebook.
- I earned a total amount of USD1189 from the ads. Most of this earning actually spent on maintenance. Since this was not profitable for me to maintain Mystalk.net, I transferred the domain to somebody else. I basically didn't want to deal with it anymore.
- I deleted all the data obtained from Facebook and Instagram since I received the first email from you. But could you please let me know how I can give you a confirmation of this?

I would like to cooperate with you on the transferred domain (Mystalk.net) and let you know whom I transferred to. For this, I would like to get assurance from you that I won't be a part of this situation anymore, since I provide all the information that you need. I am truly afraid of this entire situation and I don't want anything to happen to me in this since I am always willing to come to a positive conclusion for both sides. Therefore, please understand me about this.

I also would like you to know that there is an online market in Turkey that you can easily buy thousands of Instagram accounts and use them in any way you'd like. Please follow this link and you will see many topics related to this (https://www.r10.net/instagram/)

Best regards,
Ekrem Ates


On Mon, Mar 8, 2021 at 9:32 PM Korol, Paul (Perkins Coie) <PKorol@perkinscoie.com> wrote:
> Mr. Ates,
>
> Following up on my previous email. Please provide the information requested below.

**Paul Korol** | **Perkins Coie LLP**
ASSOCIATE
700 Thirteenth Street, N.W. Suite 800
Washington, DC 20005-3960
D. +1.202.654.1747
F. +1.202.624.9530
E. PKorol@perkinscoie.com

**From:** Korol, Paul (WDC) <PKorol@perkinscoie.com>
**Sent:** Friday, February 26, 2021 12:40 PM
**To:** Stalkhub <manager.stalkhub@gmail.com>
**Subject:** RE: Cease & Desist Abuse of Facebook - Mystalk

Mr. Ates,

Thank you for your response. Can you provide any information on who you transferred the Mystalk.net domain to?

Additionally, can you please provide the following information:

- A complete list of any and all Facebook and Instagram accounts you have created, developed, maintained, or controlled
- Any other domains that you own or operate that interact with Facebook or Instagram
- An accounting of revenue you obtained from your activities
- A confirmation that you have deleted any data obtained from Facebook and Instagram

Sincerely,
Paul Korol

**Paul Korol** | **Perkins Coie LLP**
ASSOCIATE
700 Thirteenth Street, N.W. Suite 800
Washington, DC 20005-3960
D. +1.202.654.1747
F. +1.202.624.9530
E. PKorol@perkinscoie.com

**From:** Stalkhub <manager.stalkhub@gmail.com>
**Sent:** Friday, February 26, 2021 11:25 AM
**To:** Korol, Paul (WDC) <PKorol@perkinscoie.com>
**Subject:** Re: Cease & Desist Abuse of Facebook - Mystalk

Dear Mr. Korol,

We would like to cooperate with you on this matter. As a goodwill gesture we have stopped all of the activity of Stalkhub.com and Liketagram.com. I already transfered Mystalk.net's domain ownership before this matter. Therefore I have no authorization on any of the activity of Mystalk.com.

Murat Polat and Zafer Kaymak was working for this project as freelancers. I was the owner of

these domains and I have stopped Stalkhub.com and Liketagram.com's activities. I am also willing to help you with this case for Mystalk.net. but as I am not the current owner of Mystalk.net, I'm afraid I cannot help you with Mystalk.net anymore.

I also would like to share the information of our API. We were using MGP-25 on [github.com](github.com) before they shut it down.

User list is attached to this email.

Please let me know how else I can help you with this matter.

Ekrem Ates


On Wed, Feb 24, 2021 at 9:37 PM Korol, Paul (Perkins Coie) <[PKorol@perkinscoie.com](PKorol@perkinscoie.com)> wrote:

> Dear Messrs. Ateş, Kaymak, and Polat:
>
> Please review and respond to the attached correspondence from Facebook, Inc. Thank you.
>
> Sincerely,
> Paul Korol
>
> **Paul Korol** | **Perkins Coie LLP**
> ASSOCIATE
> 700 Thirteenth Street, N.W. Suite 800
> Washington, DC 20005-3960
> D. +1.202.654.1747
> F. +1.202.624.9530
> E. [PKorol@perkinscoie.com](PKorol@perkinscoie.com)
>
> NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.