UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **META PLATFORMS, INC.**, <br><br> Plaintiff, <br><br> v. <br><br> **EKREM ATES,** <br><br> Defendant. | Case No.: 4:22-cv-3918-YGR <br><br> **ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION;** <br><br> **DEFAULT JUDGMENT** <br><br> Re: Dkt. Nos. 18 and 19 |

The Court has reviewed Magistrate Judge Thomas S. Hixson's Report and Recommendation (Dkt. No. 19, the "Report") recommending this Court grant plaintiff Meta Platform, Inc.'s Motion for Default Judgment.

The Court has reviewed the Report carefully. The Court finds the Report correct, well-reasoned, and thorough, and adopts it in every respect. Accordingly, and for the reasons set forth in the Report, the Motion for Default Judgment is **GRANTED**. Defendant Ekrem Ates and his servants, employees, agents, successors, assigns, and all others in active concert or participation with him or who are affiliated with him are **PERMANENTLY ENJOINED** and **RESTRAINED** from:

1. Accessing or attempting to access Meta's platforms, including Facebook and Instagram, and Meta's computer systems;
2. Developing, offering, and marketing software, computer code, or other products or services intended to automate the collection of data from Meta's platforms or circumvent Meta's enforcement measures;

3. Engaging in any activity, or facilitating others to do the same, that violates Instagram's Terms, Meta's Commercial Terms, and related policies; and

4. Distributing data of any kind obtained or purportedly obtained from Meta or its products, including Facebook and Instagram.

This Order terminates Docket Nos. 18 and 19.   The clerk of the court shall close the case.

**IT IS SO ORDERED.**

Date:   June 27, 2023

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**