UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| META PLATFORMS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>EKREM ATES,<br><br>    Defendant. | Case No. 22-cv-03918-YGR<br><br>**CLERK'S NOTICE**<br><br>Re: Dkt. No. 25 |

    The Court received the letter included herewith at Attachment A regarding the non-involvement of defendant's former employer. As this is a public docket, the Court is not in a position to strike any material unilaterally.

Dated: October 12, 2023

                                                                    Mark B. Busby<br>
                                                                    Clerk, United States District Court

By: _____<br>
Edwin Angelo A. Cuenco, Deputy Clerk to the<br>
Honorable YVONNE GONZALEZ ROGERS<br>
5106573540