

**Amaris Teknoloji Istanbul Danismanlik Limited Sirketi of**
Esentepe, Kır Gülü Sokağı No: 4, 34394 Şişli
İstanbul, Istanbul14 TURKEY

PRIVATE AND CONFIDENTIAL



RECEIVED
AUG 29 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court, Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102
United States of America

Istanbul, the 8th of August, 2023

Your Honours,

**Case No.: 22-cv-03918-TSH, Meta Platforms Inc. v. Ekrem Ates/ Case No.: 4:22-cv-03918-YGR**
**Our Ref.: AMATUR-EAT/ 25.07.2023**

RE: Dkt. No. 18

We were surprised to receive such letter from your office relating to one of our previous employees, since we have read the contents of the claim and the Request of Reassignment that were delivered to us on 25.07.2023 and understood that this claim does not refer to our company in any way.

Since our company is not part of this lawsuit, we urge you to remove our name and address (but not limited) from any correspondence, court case and communications. We do not want to be involved in any defamatory acts by way of associating our name/ brand, address or any other references to the defendant of this case.

We trust that you can take an immediate action on our request and remove all of our associated details from this claim.

We hereby ask you to send us a confirmation of receipt for this letter together with a confirmation that our details will be removed.

Signed in Istanbul, on 08.08.2023.

Yours faithfully,

Özgün Hande AKÜLKE,
Department Manager

AMARİS TEKNOLOJİ İSTANBUL
DANIŞMANLIK LTD. ŞTİ.
Büyükdere Cad. Kırgülü Sok. No:4
Metrocity İş Merkezi D Blok Kat:4 Şişli - İST.
Zincirlikuyu V.D. 0680855913

CONFIDENTIAL                                    1